**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**WILLIAM QUINN, Individually and**                                           **PLAINTIFF**
**On Behalf of All Others Similarly Situated**

**V.**                                    **NO. 3:21-CV-031-BSM**

**SPIRIT MANUFACTURING, INC.**                                  **DEFENDANT**

## <u>ENTRY OF APPEARANCE</u>

Gregory J. Northen of Cross, Gunter, Witherspoon & Galchus, P.C., 500 President Clinton

Avenue, Suite 200, Little Rock, Arkansas 72201, enters his appearance on behalf of Defendant,

Spirit Manufacturing, Inc., for all further proceedings in this cause.

Respectfully Submitted,

Gregory J. Northen, Ark. Bar No. 2011181
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 Pres. Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone: (501) 371-9999
Fax:     (501) 371-0035
Email:  gnorthen@cgwg.com

**ATTORNEY FOR DEFENDANT**