IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM QUINN, individually and**                                              **PLAINTIFF**
**on behalf of all others similarly situated**

v.                      CASE NO. 3:21-CV-00031-BSM

**SPIRIT MANUFACTURING, INC.**                                                  **DEFENDANT**

## ORDER

The parties' joint motion for conditional certification [Doc. No. 9] is granted, and their notice plan is approved as revised below.

William Quinn is suing defendants under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 201, *et seq*., claiming that he, and a similarly situated class of defendants' employees, were not paid for overtime hours that they worked. The parties' request for conditional certification is granted because they have adequately shown that Quinn is similarly situated to members of the class of plaintiffs that he seeks to represent. The parties stipulate to the potential class members as being all technical support specialists employed by Spirit Manufacturing, Inc. who received a commission, attendance bonus, or profit-sharing bonus in connection with work performed in at least one week in which they worked over forty hours since January 29, 2018. Joint Mot. Conditional Certification and Notice Conditional Class ("Joint Mot.") ¶ 1, Doc. No. 9.

Quinn will provide notice to possible opt-in plaintiffs through U.S. mail via letter or postcard. One written notice and one follow-up written notice is authorized. They may also

send one email notice to potential opt-in plaintiffs. *See Middleton v. Hempstead Cty.*, Arkansas, 2019 WL 3948106, at *4 (W.D. Ark. Aug. 21, 2019). Any request to send reminder notice by email and text message is denied. *See Teramura v. Walgreen Co.*, No. CV 12-5244, 2013 WL 12171862, at *4 (W.D. Ark. Mar. 7, 2013) (redundant notice and any other conduct that could be interpreted as an endorsement of the lawsuit is unauthorized).

The proposed notice and consent forms are approved. Joint Mot. Exs. 1, 2, 5. Defendant has seven days from the date of this order to provide the contact information of potential opt-in plaintiffs. The production of this information should be in a usable electronic format. Quinn has seven days from the date he receives the contact information to disseminate notice. Quinn has thirty days from the date he disseminates notice to send follow-up notices. Potential plaintiffs have sixty days from the date Quinn disseminates notices to opt-in.

IT IS SO ORDERED this 4th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE