IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM QUINN, Individually and on                                    PLAINTIFFS
Behalf of All Others Similarly Situated

vs.                                    No. 3:21-cv-31-BSM

SPIRIT MANUFACTURING, INC.                                             DEFENDANT

### JOINT MOTION FOR SETTLEMENT CONFERENCE AND STAY OF REMAINING DEADLINES

COME NOW Plaintiffs and Defendant, by and through their respective undersigned counsel, and for their Joint Motion for Settlement Conference state:

1.      This case is a collective action pursuant to the Fair Labor Standards Act and is currently set for a jury trial the week of September 6, 2022. *See* ECF No. 8, ¶ 1. The parties have engaged in limited discovery while engaging in settlement negotiations on behalf of all plaintiffs. The discovery deadline has passed but parties have an agreement in place to stay pending discovery while attempts at a full settlement may be reached. Dispositive motions and a status report are both due on May 9, 2022. ECF No. 8, ¶¶ 4-5.

2.      The parties have exchanged pay and time records for the Plaintiffs and made multiple settlement offers/demands. Progress has been made. In fact, one of the claims for back wages has been tentatively agreed upon as to all plaintiffs, yet a second claim has become more challenging in ongoing settlement negotiations. After analyzing the potential claims and defenses, the parties would like to seek the assistance of the Magistrate Judge assigned by the Court and respectfully request that the Court grant this joint request to set this case for settlement conference at the earliest possible date.

3. In order to avoid additional litigation costs at this time, the parties further request an Order be entered staying the remaining deadlines in this matter, including any dispositive motion, pre-trial, and the trial dates currently set forth in the Final Scheduling Order (ECF No. 8) until the settlement conference can be scheduled. If a complete settlement is not reached, the parties will request an Amended Final Scheduling Order, finalize the remaining discovery matters, and prepare for trial, if necessary.

4. This is the first request for any extension of deadlines in this matter and is not being requested at this time for any undue delay. Rather, the parties intend to seek a full resolution in good faith at the settlement conference, if granted.

WHEREFORE, the parties jointly request that the Court grant this Motion and for all other relief to which they may be entitled.

Respectfully submitted,

/s/   Colby Qualls
Josh Sanford, AR Bar No. 2001037
Colby Qualls, AR Bar No. 2019246
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, AR  72211
Email:  josh@sanfordlawfirm.com
Email: colby@sanfordlawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

And

                                      Gregory J. Northen, AR Bar No. 2011181
                                      CROSS, GUNTER, WITHERSPOON
                                          & GALCHUS, P.C.
                                      500 President Clinton Avenue, Suite 200
                                      Little Rock, Arkansas 72201
                                      (501) 371-9999
                                      Fax: (501) 371-0035
                                      Email: gnorthen@cgwg.com
                                      **ATTORNEYS FOR DEFENDANT**