IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM QUINN, individually and**                                   **PLAINTIFF**
**on behalf of all others similarly situated**

v.                      **CASE NO. 3:21-CV-00031-BSM**

**SPIRIT MANUFACTURING, INC.**                                       **DEFENDANT**

## ORDER

The joint motion for settlement conference and stay of remaining deadlines [Doc. No. 16] is granted. This case is referred to United States Magistrate Judge J. Thomas Ray to conduct a settlement conference. All deadlines are stayed pending the outcome of the settlement conference. Judge Ray will issue a separate order providing the details of the conference.

IT IS SO ORDERED this 26th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE