IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM QUINN, individually and**                    **PLAINTIFF**
**on behalf of all others similarly situated**

v.                **CASE NO. 3:21-CV-00031-BSM**

**SPIRIT MANUFACTURING, INC.**                    **DEFENDANT**

## ORDER

Consistent with the settlement reached at the conference held before Magistrate Judge J. Thomas Ray [Doc. No. 22], the parties are directed to file their motion to dismiss or a status update by August 19, 2022.

IT IS SO ORDERED this 19th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE