# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILLIAM QUINN, individually and**                                                              **PLAINTIFF**
**on behalf of all others similarly situated**

v.                        **CASE NO. 3:21-CV-00031-BSM**

**SPIRIT MANUFACTURING, INC.**                                          **DEFENDANT**

## ORDER

The parties' joint motion for approval of liability settlement and partial dismissal [Doc. No. 24] is granted. The parties are directed to file a status update or motion to dismiss within thirty days.

The parties have settled plaintiffs' Fair Labor Standards Act ("FLSA") and Arkansas Minimum Wage Act ("AMWA") claims against defendant and now seek approval of the proposed settlement agreement and partial dismissal. Because both impose the same overtime requirements, they are analyzed similarly. *See Arkansas Dep't of Veterans Affairs v. Okeke*, 466 S.W.3d 399, 403 (Ark. 2015). To approve a settlement in an FLSA case, the court must ensure that the parties are not negotiating around the FLSA's requirements and that the settlement agreement represents a fair and reasonable resolution of a bona fide dispute. *Cruthis v. Vision's*, 2014 WL 4092325, at *1 (E.D. Ark. Aug. 19, 2014).

The parties' proposed agreement and the entire record herein indicate the parties are not attempting to negotiate around the FLSA's requirements, and plaintiffs' recovery is fair and reasonable and furthers the goals of the FLSA. Further, the attorneys' fees and costs are

not yet agreed and will be negotiated after approval of settlement of plaintiffs' claims. The settlement is therefore approved.

    IT IS SO ORDERED this 24th day of August, 2022.

                                                                                                             UNITED STATES DISTRICT JUDGE