IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM QUINN, Individually and on behalf of all others similarly situated**                                     **PLAINTIFF**

v.                        CASE NO. 3:21-CV-00031-BSM

**SPIRIT MANUFACTURING, INC.**                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE